# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **MAGISTRATE NO:**  26- |
| **v.** | : | **DATE FILED:** |
| **EVELYN MILLER** | : | **VIOLATION:** |
| | | **18 U.S.C. § 611 (voting by alien – 1** |
| | : | **count)** |
| | : | **Consent to Proceed Before** |
| | | **U.S. Magistrate Judge** |

## MISDEMEANOR INFORMATION

## COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about November 5, 2024, in Lehigh County, in the Eastern District of Pennsylvania, defendant

**EVELYN MILLER,**

an alien, knowing that she was not a United States citizen, knowingly voted in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Presidential elector.

In violation of Title 18, United States Code, Section 611.


**DAVID METCALF**
**United States Attorney**

*No._ _ _ _ _ _ _ _ _ _*

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

<u>Criminal Division</u>

THE UNITED STATES OF AMERICA

vs.

EVELYN MILLER

INFORMATION

Counts
**18 U.S.C. § 611 (voting by alien – 1 count)**

A true bill.

_____
Foreperson

Filed in open court this _____day,
Of _____A.D. 20_____

_____
Foreperson

Bail, $_____